NAOMI LINGER, an Infant, by ANNA BUFFALO, Her Mother and Natural Guardian, Appellant, v. BERNT J. HANSEN, Respondent. (Action No. 1.) WARREN LINGER, Appellant, v. BERNT J. HANSEN, Respondent. (Action No. 2.) — REYNOLDS, J.

Herlihy, J. P., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Reynolds, J.